IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM KELLER, DEBRA KELLER and
PEGGY BYRGE, Individually and on Behalf of All
Others Similarly Situated,

    Plaintiffs,

    v.

FCOA, LLC, d/b/a FOREMOST INSURANCE
COMPANY,

    Defendants.

Case No. 14-4002
Jury Trial Demanded

## AGREED ORDER REGARDING
## PRODUCTION OF CERTAIN NON-PARTY CLAIM FILES

Plaintiffs have requested the production of certain non-party claim files from Defendants Foremost Insurance Company Grand Rapids, Michigan and FCOA, LLC (collectively, "Foremost"). Without waiver of its objections to the production of non-party claim files at this juncture, and without waiver of its right to insist on individualized proof of any alleged damages, Foremost has agreed to produce responsive claim files which were previously identified in connection with its briefing on removal ("Sample Claim Files"). To protect the personal information of the non-party policyholders, the parties have agreed to the following procedures which shall apply to said the Sample Claim Files, which shall be in addition to the protections afforded by the Agreed Protective Order (Doc# 32) entered by this Court on August 1, 2014.

Having considered the matter and the agreement of the parties, the Court orders as follows:

It is therefore ORDERED that Foremost may redact non-public personal information about its policyholders and/or claimants, including information such as financial account numbers, Social Security numbers, driver's license numbers, and health information.

1

It is further ORDERED that Foremost may redact and/or otherwise remove information or documents which relate to other insureds and/or claimants to the extent it may appear within the Sample Claim Files;

It is further ORDERED that the production of Sample Claim Files contemplated herein shall not require the production of materials which are protected by the attorney-client privilege, work product doctrine or other applicable protections.

It is further ORDERED that the Sample Claim Files are deemed to be "Confidential" and subject to the restrictions applicable to confidential information provided for in the Agreed Protective Order.

It is further ORDERED that neither Plaintiffs nor their counsel, nor anyone acting on their behalf or at their behest, shall utilize any information obtained from or as a result of their receipt of the Sample Claim Files to contact any policyholder or claimant identified therein without leave of Court.

IT IS SO ORDERED this 27th day of October, 2014.

/s/ Susan O. Hickey_____
Susan O. Hickey
United States District Judge