IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM KELLER, DEBRA KELLER,
and PEGGY BYRGE, individually and on
behalf of all others similarly situated                                                                PLAINTIFFS

v.                                                   Case No. 4:14-cv-04002

FCOA, LLC d/b/a FOREMOST
INSURANCE COMPANY                                                                                      DEFENDANT

## ORDER

Before the Court is Plaintiffs William and Debra Keller's Unopposed Motion to Stay Proceedings for Forty-Five Days Pending (I) Request for Abandonment of Claim by Trustee Pursuant to Bankruptcy Rule 6007 or (II) Alternative Relief.  (ECF No. 57).

This case was filed in November 2013.  Class counsel have become aware that the Kellers have a Chapter 13 bankruptcy proceeding pending in Arkansas bankruptcy court which was instituted April 19, 2012.  A potential claim against Defendant FCOA was not listed as an asset of the bankruptcy estate. Plaintiffs now seek a stay for a period of 45 days to allow them to make necessary filings and address additional matters with the Bankruptcy Court and Trustee regarding the continued prosecution of the claims brought herein.

The Court finds that good cause for the stay has been shown.  Accordingly, the above-caption matter is stayed for a period of 45 days.  Additionally, the Class Certification deadlines set forth in ECF No. 51 shall be extended.  Defendant's response to the Motion for Class Certification is extended until July 24, 2015.  Plaintiffs should reply by August 7, 2015.  All other deadlines set forth in the Court's Final Scheduling Order (ECF No. 48) remain unchanged.

**IT IS SO ORDERED**, this 12th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge