IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM KELLER, DEBRA KELLER,
and PEGGY BYRGE, individually and on
behalf of all others similarly situated                                                    PLAINTIFFS

v.                                        Case No. 4:14-cv-04002

FCOA, LLC d/b/a FOREMOST
INSURANCE COMPANY                                                                          DEFENDANT

**ORDER**

Before the Court is Plaintiffs William and Debra Keller's Unopposed Motion to Stay Proceedings until Bankruptcy Court Rules on Pending Issues. (ECF No. 60).

This case was filed in November 2013. Class counsel have become aware that the Kellers have a Chapter 13 bankruptcy proceeding pending in Arkansas bankruptcy court which was instituted April 19, 2012. A potential claim against Defendant FCOA was not listed as an asset of the bankruptcy estate. On May 12, 2015, the Court stayed the case for a period of 45 days to allow the parties to address certain matters in Bankruptcy Court. That stay expired June 26, 2015. The Bankruptcy Court has set a hearing date of September 2, 2015 to address motions filed by the parties. In order to allow the Bankruptcy Court to resolve pending issues, Plaintiffs request the Court extend the stay until such time as matters set for hearing on September 2, 2015 have been ruled on by the Bankruptcy Court.

The Court finds that good cause for the stay has been shown. Accordingly, the above-caption matter is stayed until the Bankruptcy Court issues its ruling on matters from the September 2, 2015 hearing. The parties must report to the Court every thirty (30) days following the September 2, 2015 hearing by submitting a status report via email to sohinfo@arwd.uscourts.gov. Additionally, the parties are ordered to immediately notify the Court at such time the Bankruptcy Court makes rulings on the motions at issue.

**IT IS SO ORDERED**, this 10th day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge